IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TELNIA YODER LAMBETH, ) | | |
| f/n/a Telnia Yoder, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | CIVIL ACTION NO. 11-00076-KD-N | |
| ) | | |
| STATE FARM FIRE AND CASUALTY, ) | | |
| COMPANY, INC., ) | | |
| ) | | |
| Defendant. ) | | |

ORDER

This action came on for hearing this day before the undersigned Magistrate Judge on the motion (doc. 9) filed by C. Daniel White, Esq., to withdraw as counsel of record for the plaintiff. In addition to Mr. C. Daniel White, Esq., the following persons were present at the hearing: the plaintiff, Telnia Yoder Lambeth, and Felicia Long, counsel of record for the defendant, State Farm and Casualty Company, Inc. Upon consideration of the matters discussed at the hearing, including plaintiff's acquiescence in the motion, it is **ORDERED** that Mr. White's motion to withdraw is hereby **GRANTED**.

Plaintiff is **warned** that henceforth she will be proceeding *pro se*, which means without separate counsel unless new counsel appears on her behalf. The undersigned recommends that plaintiff review the ***Pro Se* Litigant Guide** which is available on the Court's website at  www.alsd.uscourts.gov .

Plaintiff is **warned** that the progress of this case will not be delayed because plaintiff does not have counsel. The Court is not inclined to grant extensions of deadlines or postpone hearings on basis that plaintiff is without counsel.

Plaintiff is **warned** that failure to follow the orders entered by this Court, failure to respond to motions filed by the defendant, failure to appear at hearings, or failure to comply with all deadlines set forth by the Court may result in dismissal of this action for failure to prosecute. Plaintiff is warned that either she or an attorney on her behalf must be present at any hearings.

It is **FURTHER ORDERED** that plaintiff's oral motion for an extension of time to meet and file a report pursuant to Fed.R.Civ.P. 26(f) is **GRANTED** and the parties shall now meet and file their the Rule 26(f) Report by **no later than April 9, 2011**. The remaining provisions of the Preliminary Scheduling Order entered on February 11, 2011 (doc. 5) are hereby reaffirmed and will govern the present proceedings.

Until such time as a new attorney files a notice of appearance on plaintiff's behalf, the Clerk of the Court is directed to mail notice to plaintiff of any hearings which may be scheduled. The Clerk is further directed to send a copy of the Preliminary Scheduling Order (doc. 5) and a copy of this order by certified and regular mail to plaintiff at the address provided byplaintiff at the hearing, specifically:

Telnia Yoder Lambeth
1820 Wilkerson Street
Flomaton, Alabama 36641

**Done** this 22nd day of March, 2011.

/s/ Katherine P. Nelson
KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE