IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TELNIA YODER LAMBETH,<br>f/n/a Telnia Yoder, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 11-00076-KD-N |
| STATE FARM FIRE AND CASUALTY,<br>COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 24, 2011, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that defendant's motion to dismiss plaintiff's bad faith claim (Count Two of the Complaint) with prejudice is **GRANTED**.

DONE this 11th day of April, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE