**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TELNIA YODER LAMBETH** | ) | |
| **f/k/a Telina Yoder,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 11-00076-KD-N** |
| | ) | |
| **STATE FARM FIRE & CASUALTY CO.,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This action is before the Court on the joint stipulation to dismiss wherein the parties stipulate to dismissal of this action with prejudice with each party to bear their own costs.   (Doc. 35).  The stipulation is signed by all parties who appeared in this action.  Therefore, upon consideration of the stipulation and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**, and the Clerk of Court is directed to close this file.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear her or its own costs, as stipulated.

**DONE** and **ORDERED** this **4**th day of **January 2012**.

/s/ Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**