IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TELNIA YODER LAMBETH** ) | |
| **f/k/a Telnia Yoder,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 11-00076-KD-N |
| ) | |
| **STATE FARM FIRE & CASUALTY CO.,** ) | |
| Defendant. ) | |

### JUDGMENT

Whereas, on January 4, 2012, upon consideration of the parties' joint stipulation (Doc. 35) and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned ordered that the above-captioned action be dismissed with prejudice and indicated that no other order would be forthcoming except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure (Doc. 36), and whereas Defendant State Farm Fire & Casualty Co. ("State Farm") has since moved for entry of final judgment (Doc. 37), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice** as to all claims of Plaintiff Telnia Yoder Lambeth against Defendant State Farm.

Each party to bear her or its own costs, as stipulated and previously ordered.

**DONE** and **ORDERED** this **6**th day of **January 2012**.

/s/ Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**